**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**HERMAN LEE SMITH,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-229-TKW-MJF**

**KYLE KING,**

**Defendant.**
______________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1915(g) because Plaintiff did not pay the filing fee, he is not authorized to proceed in forma pauperis since he has "three strikes," and the complaint does not allege that he is "under imminent danger of serious physical injury." Accordingly, it is ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is DENIED.

3. This case is DISMISSED without prejudice under 28 U.S.C. §1915(g).

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 2nd day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**